

**Hannah D. Stetson**

REPLY TO
E-Mail: hstetson@turnerpadget.com
Writer's Direct Dial: 803-227-4240
Writer's Direct Fax: 803-400-1539

May 3, 2021

Adam Protheroe, Esquire
S.C. Appleseed Legal Justice Center
1518 Washington Street
Columbia, SC  29201

Re:    Tashia Kennedy, Tawanda Woody, Tyneshia Dodd, Cierria Jenkins, and Cassondra Grayson v. Monroe Group, Ltd., Steele Belle Meade LLC, and Vernice Dimiati
C/A No. 6:21-cv-01168-DCC
Our File No. 17087.107

Mr. Protheroe:

This will confirm our agreement by email in which you kindly extended to Defendants an additional 20 days to answer, move, or otherwise respond to the Plaintiffs' Complaint.  The answer or other responsive pleading will now be due on June 2, 2021.  Thank you for your cooperation in this regard.  Please confirm your agreement to this extension by affixing your electronic signature.

Sincerely,

TURNER PADGET GRAHAM AND LANEY P.A.

*s/Hannah D. Stetson*

Hannah D. Stetson

_____
Adam Protheroe, Esquire

cc:    Giles M. Schanen, Jr.
       Elizabeth C. Edmondson
       Charlotte Osmer
       Thomas Silverstein